# Bank of America

**Funds Transfer Request and Authorization (FTRA)**

## Section I: Requestor / Originator Information

| Requestor Name | Date Wire to be Sent |
|---|---|
| JAMES WILLIAM PAQUETTE | 4/25/2012 |

| Business Name (if applicable) | Telephone # |
|---|---|
| FLIGHT TEST AVIATION, INC | 540-426-2524 |

| Address | City | State | Zip |
|---|---|---|---|
| 5175 PARKSTONE DR STE 170 | CHANTILLY | VA | 20151 |

| Customer ID Type 1 | ID# | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| VA DL | T63858365 | VA/USA | 03/23/2010 | 01/14/2013 |

| Customer ID Type 2 | ID# | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| BOA BUSI DEBIT CK CARD | | | | 09/2015 |

## Section II: Associate Receiving Wire

| Associate Name | Phone and Fax # | Unit Co# / CC# | Date | Time |
|---|---|---|---|---|
| MARIA ANDRADE | 703-331-3050 / 571-292-8037 | 295 /1011571 | 4/25/2012 | 11:33 AM |

| Callback Required if Phone, Fax or Letter ☐ Yes ☑ N/A | Name/Number of Person Contacted | Date/Time |
|---|---|---|
| Call Back Completed by: | | |

## Section III: Domestic Payment Instructions

| Amount of Wire | Debit Account Type (check one) | Serial # (For ICA/GL) or Repetitive ID# | Source ☑ OTC |
|---|---|---|---|
| 100,000.00 | ☑ CHKG ☐ SAV ☐ ICA ☐ GL | | ☐ Fax ☐ Phone ☐ Letter |

| Account Debit | State | Available Balance |
|---|---|---|
| 435026703493 | VA | $ $321,327.93 |

| Account Title |
|---|
| FLIGHT TEST AVIATION, INC. |

| Overdraft Amount | Overdraft Approved by (Name & Signature) | Date | Wire Fee |
|---|---|---|---|
| S | | | $ 25.00 |

## Section IV: International Payment Instructions (Must be where required, must be in amount in US Dollars)

| USD Amount of Wire | Country | Rate | Foreign Currency Code | Foreign Currency Amount |
|---|---|---|---|---|
| S | | | | |

| Debit Account Type (check one) | Serial # (For ICA/GL) or Repetitive ID# | FX Reference ID (if applicable) | Source ☐ OTC |
|---|---|---|---|
| ☐ CHKG ☐ SAV ☐ ICA ☐ GL | | | ☐ Fax ☐ Phone ☐ Letter |

| Account Debit | State | Available Balance |
|---|---|---|
| | | S |

| Account Title |
|---|
| |

| Overdraft Amount | Overdraft Approved by (Name & Signature) | Date | Wire Fee |
|---|---|---|---|
| S | | | S |

## Section V: Wire Information

| Beneficiary Name | Beneficiary Account # or IBAN (if IBAN, no further Beneficiary Bank information is required) |
|---|---|
| AERODYNAMICS, INC | 3852546525 |

| Beneficiary Address: Street | City | State | Country | Zip |
|---|---|---|---|---|
| | NEW YORK | NY | | |

| Beneficiary Bank Name | ABA # or Swift or National ID |
|---|---|
| STERLING NATIONAL BANK | 026007773 |

| Beneficiary Bank Address Street | City | State | Country | Zip |
|---|---|---|---|---|
| | NEW YORK | NY | | |

| Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival) |
|---|
| |

| Send Thru Bank/IBK (if available) | ABA # or Swift or National ID |
|---|---|
| | |

| Send Thru Bank Address Street | City | State | Country | Zip |
|---|---|---|---|---|
| | | | | |

## Section VI: Customer Approval (Print form to obtain customer's signature)

I authorize Bank of America to transfer my funds as set forth in the instructions noted herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see page 2 of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided in Section IV, or, if no rate is entered, the rate provided by Bank of America at the time the wire transfer is sent.

Customer's Signature: _____    Date of Request: ___/___/___

## Section VII: Approval and Wire System entry / Verification (complete manually)

Signature Verification: Type of account: ☑ Business (Required for all) ☐ Personal (Required if $10,000 or more unless customer is well-known)

Indicate Method of Signature Verification: ☑ Signature Card ☐ Business Resolution ☐ Posted Check # _____

| Approval (required field) | BAT Approval Authorization # (if applicable/attach approval) |
|---|---|
| | |

| Wire Entered by: Name/Signature (attach BFT screen prints) Print: Maria Andrade    Signature: | BFT System Time 19.43.23 | BFT Sequence # 211 2042So01692 |
|---|---|---|

| Date of Entry and Verification ___/___/___ | Verified By (Name/Signature) (Attach Verification Screen Print) Print Signature: | BFT System Time |
|---|---|---|

Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country - See OFAC in PRO
95-14-0237NSBW 04-2011



**EXHIBIT**

1