

April 30th, 2012

Mr. Jim Paquette
President
Flight Test Partners, LLC
5175 Parkstone Drive
Suite 150
Chantilly, VA 20151

### Joint Venture Agreement between Aerodynamics Inc. and Flight Test Partners, LLC on N359AD Embraer 145 Regional Jet

Dear Jim:

As a follow up to our recent communication and review of ADI's proposal for the Embraer 145 Regional Jet Joint Venture Project dated April 18th, 2012, please accept the enclosed agreement terms outlining the key points of our mutual agreement.

### *Background on Aerodynamics and the Regional Jet 145*

Aerodynamics Inc. and its subsidiary Air Shuttle Group, LLC is a leading charter management Company headquartered in Waterford, MI with multiple operating basis throughout the United States. ADI is a 53 year old Company proud of its heritage and its flawless safety record since inception. It's the only certified FAA Air Carrier (Parts 135, 125, 121 and 145) in existence that has an incident and accident free record meeting the highest industry standards and the recipient of various third party best practice audits and certifications. These include the following: Aviation Research Group (ARG/US) Platinum operator for which there are only 93 in the world out of 2,200 plus certified Air Carriers; Department of Defense (DoD) certification – pending final review; ISBAO Stage 1 certificated; and a Netjets, a Berkshire Hathaway Company, approved and preferred vendor. ADI is a qualified operator in this Joint Venture for the following reasons:

- Impeccable reputation in the industry with a perfect track record in all areas. Flight Test JV Partner can be confident that their clients will be in good hands with a top tier Company.

- As a Part 121/135/125 Air Carrier, ADI has a robust infrastructure and management team required by the FAR's. As such ADI currently has over twenty dedicated professionals in the management of our operations department, not including our Technical Services

1

EXHIBIT
2



division. This robust infrastructure is the largest in the business and positions ADI for the successful addition of the Embraer 145 and into service operations.

- Focused attention by ADI will ensure ultimate success. ADI has no conflicts with other Part 121 aircraft and can focus entirely on the task at hand and is committed to exclusive attention during this process.

- ADI has secured a contract with Rectrix Aviation for a one year contract with multiple follow on renewal periods. This contract revenue begins July 1st and will provide the projected ROI in the proposal dated April 18th, 2012.

- Substantial charter sales and marketing staff exist at ADI and will supply the sales and marketing required to sell additional on demand contract revenue.

- ADI has the accounting staff to provide the necessary administration and financial reporting to ensure superb JV partner reporting and communications.

Flight Test Partners, LLC and Aerodynamics Inc. agree to the following business terms for the Embraer 145 Regional Jet joint venture:

- ADI has lease N359AD a 2000 model Embraer 145 50 passenger regional jet from Wells Fargo Trust/Cymus Leasing for the purposes of certifying FAR Part 121 which ADI is in final stages of completing.

- ADI will place the aircraft into public airline service with its initial routing between Hyannis, MA and LaGuardia Airport on daily shuttle flights. In addition ADI has developed substantial on demand charter business for the aircraft.

- ADI has invested $1.0 million dollars as outlined in the proposal. Flight Test Partners has agreed to split 50/50 these startup expenses by reimbursing ADI for $500,000. ADI will provide Flight Test Partners with a detailed itemized summary of the expenses no later than June 1st.

- The six month plus certification process is 97% completed and will be 100% completed on May 15th or before. Final certification flights are being completed May 1 – 4th with paperwork from the FAA to follow with 10 days thereafter.

- Flight Test Partners, LLC will execute this agreement and provide the $500,000 reimbursement cash no later than May 15th.

- ADI will be responsible for any startup expenses beyond $1.0 million and any future monthly loses. Flight Test Partners, LLC will not be required to pay any additional capital into the Joint Venture.



- Revenue service begins July 1st on the Embraer 145 for Rectrix Aviation and on demand charter activity. ADI will supply Flight Test Partners with the final agreement between ADI and Rectrix. The revenue contract is for an initial one year of service with multiple renewal options. Should ADI charter the aircraft between May 15th and June 30th, all revenue and expenses shall remain with ADI as this short period is anticipated as a loss.

- ADI shall provide Flight Test Partners with a monthly financial report on the joint venture project no later than the 20th of each month for the previous month. The expenses associated with the project will be exclusive of ADI's overhead G&A expense.

- ADI shall remit 50% of the total profit reported to Flight Test Partners within 15 days of the monthly financial report via wire transfer or check as directed by Flight Test Partners. The monthly profit is estimated at $625,215 per annum or $52,101 per month with a range of $426,725 minimum up to $1,840,174 per annum maximum. The monthly amount will be split 50/50 by the partners. Projected five year cash return to each partner is outlined in the proposal between $1,066,887 up to $4,600,435 (see page 6 of ADI proposal).

- The duration of this agreement shall be for five years or the life of the aircraft lease agreement, whichever comes first. The partners shall equally split the monthly profits for the duration of the agreement.

- ADI shall bear all FAA and operational responsibilities throughout the agreement.

- ADI shall make its operational staff available to Flight Test Partners to discuss any questions or concerns regarding the operation and its operational or financial status.

In closing, we appreciate your acceptance of the terms outlined above. We look forward to the successful partnership on the Embraer 145 Regional Jet and beyond.

If the terms and conditions set forth above are acceptable to you, please sign and return one copy of this letter at your soonest convenience The terms of this Agreement shall be binding on both parties effective immediately.

Sincerely,

*Scott A. Beale*

Scott A. Beale
Chief Executive Officer

[SIGNATURES TO FOLLOW]



Accepted this date _____, 2012

**AERODYNAMICS INCORPORATED**

By: _____

Title: _____

**FLIGHT TEST PARTNERS, LLC**

By: _____

Title: _____

4