The Fauquier Bank

Page 1 of 2

Wire Transfer | International Services | Security Admin | Help | Logoff | WireXchange®

Tammy Longwill

**TFB The Fauquier Bank**

*Banking and Wealth Management Services*

11/05/12 09:54 AM

## Outgoing Wire Detail

**General Information**

Wire Sequence Number: 7366

Type of Wire: New Wire

Wire Status: Complete

OFAC Status: OFAC Passed

**Audit Trail Information**

Entered: 05/29/12 10:11 AM by ASHLEY STANTON

NO CALLBACK NECESSARY. WIRE AGREEMENT ON FILE AS 5005 EXT 10279

Verified: 05/29/12 01:40 PM by Linda Sullivan

Posted: 05/29/12 01:46 PM by Linda Sullivan

Posted: 05/29/12 01:46 PM by System

Forwarded to Fed: 05/29/12 01:46 PM by System

Completed: 05/29/12 01:47 PM by System

**Basic Settlement Information**

Effective Date: 05/29/12

IMAD: 20120529GMQFMP01006977

OMAD: 20120529B6B7IM1C000022705291447FT03

Amount: $400,000.00

Wire Fee: $20.00 - DDA-wire transfer fee

Fee Account: Checking 108326701

Sending Financial Institution: 051402259 The Fauquier Bank

Receiving Financial Institution: 026007773 STERLING NYC

Business Function Code: CTR-Customer Transfer

Type Code: 1000 - Basic Funds Transfer

**Originator Information**

Originating FI Name:

Originator: FLIGHT TEST AVIATION INC

Originator Account: D 108326701

Originator Address: 5175 PARKSTONE DRIVE ST 170 CHANTILLY VA 20151

Originator Country: United States

**Beneficiary Information**

Beneficiary FI Name:

Beneficiary FI Account:

**EXHIBIT**

**3**