# United States District Court

EASTERN DISTRICT OF VIRGINIA

JUDGMENT IN A CIVIL CASE

FLIGHT TEST AVIATION, INC.
Plaintiff,

v.                                CASE NUMBER: 1:13CV00145-(AJT/JFA)

SCOTT A. BEALE
Defendant.

[X] **Jury Verdict**. This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[   ] **Decision of the Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the

Plaintiff, FLIGHT TEST AVIATION, INC. and against the Defendant, SCOTT A. BEALE.   The

Plaintiff is awarded $500,000.00 in compensatory damages and $100,000.00 in punitive damages.

This Judgment is entered in accordance with the attached Jury Verdict dated July 15, 2014.

July 15, 2014                          Fernando Galindo
Date                                   Clerk of Court

                                         /s/ Janice Allen
                                        (By) Deputy Clerk