

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

FLIGHT TEST AVIATION, INC., )
)
Plaintiff, )
)
) C.A. No.: 1:13-cv-145-AJT/JFA
v. )
)
SCOTT A. BEALE, )
)
Defendant. )
)

## VERDICT

WE, THE JURY, ON THE COMPLAINT FIND:

1. _____✓_____ In favor of the Plaintiff and award compensatory damages in the amount of

$ _500,000.00_; with interest to run from _November 5, 2012_ .

### OR

2. _____ In favor of the Defendant.

3. If you have found in favor of the Plaintiff, do you also award punitive damages against the

Defendant? Yes __✓__. No _____.

4. If you answer Yes to Question 3, state how much in punitive damages you award.

$ _100,000.00_

_July 15, 2014_
DATE

redacted

-1-