

FILED
FEB 20 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

FLIGHT TEST AVIATION, INC., )
)
    Plaintiff, )
)
v. )   C.A. No.: 1:13-cv-145-AJT/JFA
)
SCOTT A. BEALE, )
)
    Defendant. )
)

## CHARGING ORDER

Plaintiff Flight Test Aviation, Inc. brought on its Motion For A Charging Order on February 20, 2015, and after considering the pleadings filed and the argument of counsel, it is hereby ORDERED that:

(a)    the Motion is GRANTED;

(b)    that the judgment entered in this case is a lien on Scott A. Beale's transferable interest in Aviation Capital Partners, LLC, Aerodynamics, Incorporated and Aerodynamics Holdings, Inc.; and

(c)    that Aviation Capital Partners, LLC, Aerodynamics, Incorporated and Aerodynamics Holdings, Inc. must pay any and all monies, payments, proceeds of sale or distributions to Flight Test Aviation, Inc. to which Scott Beale would otherwise have been entitled, until the Judgment and lien are satisfied in full.

The Clerk is directed to forward copies of this Order to all counsel of record

Alexandria, Virginia
February 20, 2015

                                    /s/    JFA
                                     John F. Anderson
                          United States Magistrate Judge