### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| FLIGHT TEST AVIATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | C.A. No.: 1:13-cv-145-AJT/JFA |
| v. | ) | |
| | ) | |
| SCOTT A. BEALE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF'S MOTION TO HOLD
### SCOTT A. BEALE IN CONTEMPT OF COURT

Flight Test Aviation, Inc. ("FTA"), by counsel, hereby files its Motion to Hold Scott A.

Beale in Contempt of Court.  The basis for this motion is set forth in the accompanying

Memorandum in Support of Plaintiff's Motion to Hold Scott A. Beale in Contempt of Court.

FLIGHT TEST AVIATION, INC.
By Counsel

/s/
Joseph S. Luchini
Virginia Bar No. 13566
Stacey C. Forbes
Virginia Bar No. 80369
Counsel for Flight Test Aviation, Inc.
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Telephone: (703) 641-4200
Facsimile:  (703) 641-4340
jluchini@reedsmith.com
sforbes@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Edward B. MacMahon, Jr.
Virginia Bar No. 25432
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
Telephone: (540) 687-3902
Facsimile:  (540) 687-6366
Ebmjr@macmahon-law.com
*Counsel for Scott A. Beale*

/s/_____
Joseph S. Luchini
Virginia Bar No. 13566
Stacey C. Forbes
Virginia Bar No. 80369
Counsel for Flight Test Aviation, Inc.
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia  22042
Telephone: (703) 641-4200
Facsimile:  (703) 641-4340
jluchini@reedsmith.com
sforbes@reedsmith.com