**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| FLIGHT TEST AVIATION, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 1:13cv-00145(AJT/JFA) |
| | : | |
| SCOTT A. BEALE, | : | |
| | : | |
| Defendant. | : | |

**SCOTT BEALE'S OPPOSITION TO MOTION FOR CONTEMPT**

COMES NOW Scott Beale, by counsel, and for his Opposition to the Motion for Contempt, states as follows:

In the Memorandum in Support of Mr. Paquette's Motion for Contempt, there is no evidence presented that Mr. Beale has breached any order entered by this or any other Court.  Evidence of the breach of some order is, of course, a prerequisite to a finding of contempt.  On page 3 of a Motion that seeks sanctions against Mr. Beale, FTA  writes that it "believes" that the money from the sale of the aircraft owned by ACP was wired to Mr. Beale's personal account.  Thus, what we have is a motion seeking legal fees and sanctions based only upon FTA's unsupported "belief" that Mr. Beale has taken money from ACP.  That belief is both not supported by evidence and has already been refuted by counsel for Mr. Beale.

By email dated April 21, 2015, counsel wrote responding to the latest of several threats that Mr. Paquette and FTA delivered to Mr. Beale through his counsel.  In that email, which is attached hereto, counsel asked Mr. Luchini if he had any proof that funds from ACP were paid over to Mr.

Beale.  No proof of such a transfer was given then and none is given now.  On that same date, I twice informed Mr. Luchini that Mr. Beale had informed me that he had taken no funds from the sale of the airplane at issue in this case.  That representation is entirely accurate.

FTA does hold a judgment and has been awarded a charging order against distributions to Mr. Beale from ACP.  It does not have a judgment against ACP or ADH or ADI and cannot seek to freeze, as it does here, any funds deposited in the accounts of any of these entities.  Mr. Beale is by now well aware that Mr. Paquette is prepared to spend whatever it takes - and apparently file whatever he wants - to get even with Mr. Beale and collect his money.  That does not mean, however, that Mr. Paquette can file pleadings that are unsupported by the facts.  Here, it is Mr. Beale who is entitled to recover his own legal fees incurred in opposing a motion that has no basis in fact.  There is no legal or factual basis for any of the relief requested herein.

WHEREFORE, Mr. Beale requests that the Motion for Contempt be denied and that he be awarded his legal fees incurred in responding to this frivolous motion.  A proposed order is attached.

Dated: April 29, 2015                                       SCOTT A. BEALE,
                                                                      By Counsel


_____/S/_____
Edward B. MacMahon, Jr.
VSB. No 25432
107 East Washington Street
P.O.  Box 25
Middleburg, VA    20118
(540) 687-3902
(540) 687-6366 (facsimile)
Ebmjr@macmahon-law.com
Counsel for Scott A. Beale

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 29th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Joseph S. Luchini, Esquire
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
Counsel for Flight Test Aviation, Inc.


_____/S/_____
Edward B. MacMahon, Jr.