## Edward B. MacMahon, Jr.

| | |
|---|---|
| **From:** | Edward B. MacMahon, Jr. [ebmjr@macmahon-law.com] |
| **Sent:** | Tuesday, April 21, 2015 2:15 PM |
| **To:** | 'Luchini, Joseph S.' |
| **Subject:** | RE: Flight Test Aviation, Inc./Beale |

DEFENDANT'S
EXHIBIT

1

Joe - I have no additional information for you but will ask.
beale says he is getting so I don't know what else to tell you

Edward B. MacMahon, Jr.
Attorney at Law
1307 New Hampshire Avenue, NW
2nd Floor
Washington, DC  20036
Telephone:  202-775-1307

107 East Washington Street
P.O. Box 25
Middleburg, Virginia  20118
Telephone:  540-687-3902
Fax:  540-687-6366

CONFIDENTIALITY: THIS COMMUNICATION IS BEING SENT FROM A LAW FIRM AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL OR PRIVILEGED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY ELECTRONIC MAIL OR TELEPHONE, AND ERASE THIS ELECTRONIC MAIL MESSAGE FROM YOUR SYSTEM.

**From:** Luchini, Joseph S. [mailto:JLuchini@ReedSmith.com]
**Sent:** Tuesday, April 21, 2015 2:11 PM
**To:** 'Edward B. MacMahon, Jr.'
**Cc:** Luchini, Joseph S.
**Subject:** RE: Flight Test Aviation, Inc./Beale

Ed,

This issue is separate from the sale of Aerodynamics Inc.  Unless this current issue is satisfactorily resolved there cannot be any sale of ADI.

The holding company, Aviation Capital Partners LLC – an entity separate from Aerodynamics Inc.(ADI) - had an airplane that Beale sold in the last two weeks.  This sale was  authorized by Mr. Beale contrary to what he has represented to the DOT.  The proceeds of that sale - $140,000 - were sent to Aviation Capital Partners LLC (ACP) two weeks ago. Beale, as

the only member of ACP, would be entitled to those monies, but for the Charging Order which says "Aviation Capital Partners LLC … must pay any and all monies, payments, proceeds of sale or distributions to Flight Test Aviation, Inc. to which Scott Beale would otherwise have been entitled until the Judgment and lien are satisfied in full." If Beale does not make that payment to FTA as ordered by the Court what possible reason should my client have to cooperate with him in the sale of ADI?

Please review this with Mr. Beale and let me know his final position on the matter.

Joe

Joseph S. Luchini, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703-641-4274 (direct)
703-641-4340 (facsimile)
jluchini@reedsmith.com

**From:** Edward B. MacMahon, Jr. [mailto:ebmjr@macmahon-law.com]
**Sent:** Tuesday, April 21, 2015 1:51 PM
**To:** Luchini, Joseph S.
**Subject:** RE: Flight Test Aviation, Inc./Beale

All is know, from talking ot Beale, is that he is getting no money from any sale and that Paquette will destroy any chance of getting anything if the license is revoked.
I know nothing else

Edward B. MacMahon, Jr.
Attorney at Law
1307 New Hampshire Avenue, NW
2nd Floor
Washington, DC  20036
Telephone:  202-775-1307

107 East Washington Street
P.O. Box 25
Middleburg, Virginia  20118
Telephone:  540-687-3902
Fax:  540-687-6366

CONFIDENTIALITY: THIS COMMUNICATION IS BEING SENT FROM A LAW FIRM AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL OR PRIVILEGED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY ELECTRONIC MAIL OR TELEPHONE, AND ERASE THIS ELECTRONIC MAIL MESSAGE FROM YOUR SYSTEM.

**From:** Luchini, Joseph S. [mailto:JLuchini@ReedSmith.com]
**Sent:** Tuesday, April 21, 2015 10:08 AM
**To:** 'Edward B. MacMahon, Jr.'
**Cc:** Luchini, Joseph S.
**Subject:** RE: Flight Test Aviation, Inc./Beale

Yes. The ACP Operating Agreement expressly says that it has no business or operations but only holds ownership of ADI. As such any monies in its account are only for its member and Beale is the only member of ACP. Additionally, he told the DOT that he no longer had any management responsibility for ACP, but yet is selling its airplane. If he has an explanation for any of this I'd like to hear it now rather than later.

Joe

Joseph S. Luchini, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703-641-4274 (direct)
703-641-4340 (facsimile)
jluchini@reedsmith.com

**From:** Edward B. MacMahon, Jr. [mailto:ebmjr@macmahon-law.com]
**Sent:** Tuesday, April 21, 2015 10:03 AM
**To:** Luchini, Joseph S.
**Subject:** RE: Flight Test Aviation, Inc./Beale

Joe - I read your threat about the DOT and contempt in the first email. There is no need to repeat it. Do you have any proof that any funds are to be paid over to Mr. Beale by Aviation Capital Partners? If so, let me know.
ed

Edward B. MacMahon, Jr.
Attorney at Law
1307 New Hampshire Avenue, NW
2nd Floor
Washington, DC  20036
Telephone:  202-775-1307

107 East Washington Street
P.O. Box 25
Middleburg, Virginia  20118
Telephone:  540-687-3902
Fax:  540-687-6366

CONFIDENTIALITY: THIS COMMUNICATION IS BEING SENT FROM A LAW FIRM AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL OR PRIVILEGED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE

RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY ELECTRONIC MAIL OR TELEPHONE, AND ERASE THIS ELECTRONIC MAIL MESSAGE FROM YOUR SYSTEM.

**From:** Luchini, Joseph S. [mailto:JLuchini@ReedSmith.com]
**Sent:** Tuesday, April 21, 2015 9:44 AM
**To:** Edward B. MacMahon, Jr. (ebmjr@macmahon-law.com)
**Cc:** Luchini, Joseph S.
**Subject:** RE: Flight Test Aviation, Inc./Beale

Ed,

It appears that our clients have talked and my client told Beale to deal directly with me. I want to head that off. I do not want to talk with him directly, but only through you.
Please stress with Mr. Beale that he has to pay over the $140,000 received by Aviation Capital Partners for the sale of the airplane it owned. If he does not do so, that tells me that there is no way to trust him on any agreement involving the sale of ADI. We will have no other recourse but to apprise the DOT of these facts and to also seek to hold him in contempt..

Joe

Joseph S. Luchini, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703-641-4274 (direct)
703-641-4340 (facsimile)
jluchini@reedsmith.com

**From:** Luchini, Joseph S.
**Sent:** Monday, April 20, 2015 12:15 PM
**To:** Edward B. MacMahon, Jr. (ebmjr@macmahon-law.com)
**Cc:** Luchini, Joseph S.
**Subject:** Flight Test Aviation, Inc./Beale

Ed,
As you know on February 20, 2015, a Charging Order was issued by the United States District Court for the Eastern District of Virginia which provided among other obligations, that "Aviation Capital Partners, LLC ["ACP"]...must pay any and all monies, payments, proceeds of sale or distributions to Flight Test Aviation, Inc. to which Scott Beale would otherwise have been entitled, until the Judgment and lien have been paid in full." I have now learned that ACP sold a 1976 Aerostar 601P aircraft, Serial No. 61P-0291-070, No. N70KE on or about April 1, 2015. The $140,000 proceeds of that sale were wired to ACP. Flight Test Aviation, Inc. has a lien on Mr. Beale's interest in ACP. ACP could not have distributed any of those monies, except to FTA, without being in violation of that Charging Order and in contempt of Court. Please let me know immediately whether and when ACP intends to make this payment to Flight Test Aviation, Inc.

If in fact Mr. Beale has in some manner diverted any of these monies, we intend to inform the Department of Transportation, and as well seek to hold Mr. Beale in contempt of Court. Any such diversion could not have been done without Mr. Beale retaining control over ACP, and he had expressly represented under oath to the DOT two months ago that he no longer had any such control. Regrettably, I would expect that this circumstance would have a negative affect on the current proceedings with the DOT and the viability of ACP's subsidiary, Aerodynamics, Inc.

Joseph S. Luchini, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703-641-4274 (direct)
703-641-4340 (facsimile)
jluchini@reedsmith.com

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01