**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |  |
|---|---|---|
| FLIGHT TEST AVIATION, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 1:13cv-00145(AJT/JFA) |
| | : | |
| SCOTT A. BEALE, | : | |
| | : | |
| Defendant. | : | |

## PROPOSED ORDER

This matter came before the Court on May 1, 2015, upon the plaintiffs Motion to Hold Scott A. Beale in Contempt of Court.   It appearing to the Court, upon consideration of the submissions of the parties, and for good cause shown, it is hereby ORDERED

That the plaintiff's Motion to Hold Scott A. Beale in Contempt of Court be and is hereby DENIED and the Defendant is awarded legal fees in an amount to be shown by an affidavit to be submitted within seven days by counsel.

_____
Hon. Anthony J. Trenga
United States District Judge