IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FLIGHT TEST AVIATION, INC.,          )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      Civil Action No. 1:13cv0145 (AJT/JFA)
                                     )
SCOTT A. BEALE,                      )
                                     )
            Defendant.               )
                                     )

## ORDER

On Friday, May 1, 2015, counsel for the parties appeared before the court to present

argument on plaintiff's Motion to Hold Scott A. Beale in Contempt of Court (Docket no. 153).

Upon consideration of the motion, the memorandum in support (Docket no. 154), defendant's

opposition (Docket no. 156), plaintiff's reply (Docket no. 157), and for the reasons stated from

the bench, it is hereby

ORDERED that plaintiff's Motion to Hold Scott A. Beale in Contempt of Court is denied

without prejudice.  Plaintiff is granted leave to conduct limited discovery on the issues raised by

counsel and may refile this motion at a later date if necessary.

Entered this 1st day of May, 2015.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia