IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| FLIGHT TEST AVIATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 1:13-cv-145-AJT/JFA |
| v. | ) | |
| | ) | |
| SCOTT A. BEALE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SATISFACTION OF JUDGMENT**

**WHEREAS**, on July 15, 2014, the Court entered a judgment in favor of Plaintiff Flight Test Aviation, Inc. against Defendant Scott A. Beale in the amount of $600,000, plus interest and costs (ECF No. 129) (the "Judgment"); and

**WHEREAS**, Defendant and Plaintiff have reached an agreement by which the Judgment is deemed satisfied:

**NOW, THEREFORE,** Plaintiff Flight Test Aviation, Inc. hereby acknowledges full and complete satisfaction of the Judgment, and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction of said Judgment and to discharge the same.

Dated: August 11, 2015                    Respectfully submitted,


                                          FLIGHT TEST AVIATION, INC.
                                          By Counsel

US_ACTIVE-122349644.2

_____/s/_____
Joseph S. Luchini
Virginia Bar No. 13566
Stacey C. Forbes
Virginia Bar No. 80369
Counsel for Flight Test Aviation, Inc.
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia  22042
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
jluchini@reedsmith.com
sforbes@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2015, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to the following:

Edward B. MacMahon, Jr.
Virginia Bar No. 25432
Counsel for Scott A. Beale
107 East Washington Street
P.O. Box 25
Middleburg, VA 20118
Telephone: (540) 687-3902
Facsimile: (540) 687-6366
Ebmjr@macmahon-law.com

_____/s/_____
Joseph S. Luchini
Virginia Bar No. 13566
Stacey C. Forbes
Virginia Bar No. 80369
Counsel for Flight Test Aviation, Inc.
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia  22042
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
jluchini@reedsmith.com
sforbes@reedsmith.com

-3-